UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1699 |
| *This document relates to* | CASE NO. C06-0367 CRB |
| CASSIE GLOVER, | |
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS |
| G.D. SEARLE & CO., PHARMACIA CORPORATION; MONSANTO COMPANY, a Delaware corporation; FIZER, INC., a Delaware corporation, | |
| Defendants. | |

Pursuant to *Federal Rules of Civil Procedure*, Rule 41(a)(i)(ii), the undersigned counsel hereby stipulate that all claims of plaintiff **CASSIE GLOVER** against defendants G.D. SEARLE & Co., PHARMACIA CORPORATION, MONSANTO CO., PFIZER, INC. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

*Mark P. Robinson, Jr.*

Mark P. Robinson, Jr.
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Dated: April 8, 2009

1

1  DATED: __Oct. 22__, 2009        DLA PIPER LLP (US)

2
3                                  By: ___/s/_____
                                       Matt Holian
4                                      Attorneys for Defendants

5
6
7  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**
8
9
10  Dated: **OCT 2 8 2009**
                                    _____
11                                  Hon. Charles R. Breyer
                                    United States District Court

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28